IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TRAVIS BALL, | * |
| Petitioner, | * |
| v. | Case No.  5:24-CV-240-CAR-CHW |
| | * |
| Warden GREGORY SAMPSON, | |
| | * |
| Respondent. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 19, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 19th day of July, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk